UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA BREEDING,

Plaintiff,

v. Case No: 8:26-cv-01001-JLB-SPF

AGE MANAGEMENT OPTIMAL HEALTH & WELLNESS LLC, a Florida Limited Liability Company, and MMJ FLORIDA LLC d/b/a MEDICAL MARIJUANA CLINIC, a Florida Limited Liability Company,

Defendants.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 19), recommending that Plaintiff Angela Breeding's Motion for Default Judgment Against Defendants as to Liability (Doc. 18) be **DENIED without prejudice** and that Plaintiff be permitted to refile her motion once Defendants have been properly served. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and made a part of this Order for all purposes.
2. Plaintiff Angela Breeding's Motion for Default Judgment Against Defendants as to Liability (Doc. 18) is **DENIED without prejudice**, and Plaintiff may refile her motion once Defendants have been properly served.
3. The Clerk of Court is **DIRECTED** to vacate the entry of default against Defendants (Doc. 17).
4. Plaintiff is **DIRECTED** to perfect service of process on Defendants within thirty (30) days of the date of this Order. Should Plaintiff fail to do so, the Court may dismiss this action without prejudice with no further notice to Plaintiff.

**ORDERED** in Tampa, Florida, on August 13, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE